# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sullivan, Patricia | Oregon District Court | 11/16/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, part-time | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2014 <br> to <br> 12/31/2014 |

**7. Chambers or Office Address**

104 SW Dorion
Pendleton, Oregon 97801

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | Pioneer Relief Nursery, Inc., non-profit |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | spouse self-employed attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sullivan, Patricia** | 11/16/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Patricia | 11/16/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Lasalle Brokerage: OR college savings 529 Conservative Portfolio - | A | Interest | K | T | | | | | |
| 2. Banker's Life Insurance - Whole life, non self-directed | A | Int./Div. | K | T | | | | | |
| 3. Davidson IRA 1 Investment Co. of America FAICFX | A | Int./Div. | | | Sold | 04/30/14 | J | | |
| 4. LMCBA Equity Income BLDR A Sopax | A | Int./Div. | | | Sold | 04/30/14 | J | | |
| 5. Lord Abbett Smal Cap Val A LRSCX | A | Int./Div. | | | Sold | 04/30/14 | K | | |
| 6. Energy Sector SPDR XLE | A | Int./Div. | | | Sold | 04/30/14 | J | | |
| 7. Bank Insured Deposit Program | A | Int./Div. | | | Sold | 04/30/14 | K | | |
| 8. US Savings Bonds Series I Nos. M008452081-90I | A | Interest | J | T | | | | | |
| 9. Davidson IRA 2 Investment Co. of America FAICFX | A | Int./Div. | | | Sold | 04/30/14 | J | | |
| 10. LM CBA Equity Income BLDR A Sopax | A | Int./Div. | | | Sold | 04/30/14 | J | | |
| 11. Lord Abbett Small Cap Val A LRSCX | A | Int./Div. | | | Sold | 04/30/14 | K | | |
| 12. Energy Sector SPDR XLE | A | Int./Div. | | | Sold | 04/30/14 | J | | |
| 13. Bank Insured Deposit Program | A | Int./Div. | | | Sold | 04/30/14 | K | | |
| 14. Lasalle Templeton Growth Class A Mutual fund | A | Int./Div. | | | Sold | 04/30/14 | J | | |
| 15. ABA Retirement Corey Byler Rew Profit Sharing | D | Int./Div. | O | T | | | | | |
| 16. Bank of America various accounts | A | Interest | K | T | | | | | |
| 17. Bank of the West Checking | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Patricia | 11/16/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Banner Bank various accounts | A | Interest | K | T | | | | | |
| 19. Merrill Retirement Account 1 Lord Abbett Small Cap Value C1A LRSCX | A | Int./Div. | J | T | Buy | 05/30/14 | J | | |
| 20. Pimco Investment Grade Corporate bond CL A PBDAX | A | Int./Div. | K | T | Buy | 05/30/14 | K | | |
| 21. Pimco Income Fund CL A PONAX | A | Int./Div. | J | T | Buy | 05/30/14 | J | | |
| 22. Pimco Real Return FD CL A PRTNX | A | Int./Div. | J | T | Buy | 05/30/14 | J | | |
| 23. Pimco Total Return FD | A | Int./Div. | K | T | Buy | 05/30/14 | K | | |
| 24. American Investment Co of America F1AICFX | A | Int./Div. | J | T | Buy | 05/30/14 | J | | |
| 25. Clearbridge Equity Income Fund CL A SOPAX | B | Int./Div. | J | T | Buy | 05/30/14 | J | | |
| 26. Lord Abbett Calibrated Dividend Growth FD A LAMAX | A | Int./Div. | J | T | Buy | 05/30/14 | J | | |
| 27. Pimco Low Duration FD CL A PTLAX | A | Int./Div. | K | T | Buy | 05/30/14 | K | | |
| 28. Spector SPDR Energy XLE | C | Int./Div. | J | T | Buy | 05/30/14 | J | | |
| 29. Templeton Grwth FD, Inc Class A TEPLX | A | Int./Div. | J | T | Buy | 05/30/14 | J | | |
| 30. Bank of America NA RASP | A | Interest | J | T | Buy | 05/30/14 | J | | |
| 31. Merrill Retirement Account 2 Lord Abbett Short LD LAX | A | Int./Div. | K | T | Buy | 05/30/14 | K | | |
| 32. Clearbridge Equity SOPAX | A | Int./Div. | J | T | Buy | 05/30/14 | J | | |
| 33. Sector SPDR Energy XLE | A | Int./Div. | J | T | Buy | 05/30/14 | J | | |
| 34. Pimco Total Return FD PTTAX | A | Int./Div. | J | T | Buy | 05/30/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Patricia | 11/16/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pimco Income fund CL A PONAX | A | Int./Div. | J | T | Buy | 05/30/14 | J | | |
| 36. Lord Abbett LRSCX | A | Int./Div. | J | T | Buy | 05/30/14 | J | | |
| 37. American Investment AICFX | A | Int./Div. | J | T | Buy | 05/30/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Patricia | 11/16/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III B. My spouse is a self-employed attorney. On previous reports I inadvertently omitted this information.

Part VII. In April and May, 2014, we closed two Davidson IRA accounts and opened two Merril Edge Retirement accounts.

Part VII. The Scholar's Edge 529 education fund is managed by Oppenheimer Funds, Inc. and is not self-directed.

Part VII. The Column A for the 529 Fund and the Whole life insurance policies earn less than $1,000 and were incorrectly stated in original report

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Patricia Sullivan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544